**Order filed June 10, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00243-CV**

_____

**IN THE MATTER OF Z.Q.**

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 0000-86707**

# O R D E R

The clerk's record was filed May 26, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's ruling on the applicant's writ of habeas corpus.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 21, 2021**, containing trial court's ruling on the applicant's writ of habeas corpus.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.